**IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date: September 14, 2007**

Courtroom Deputy: Bernique Abiakam
Court Reporter:   Janet Coppock
Interpreter: n/a
Probation Officer: Michelle Means

**Criminal Case No.  05-cr-00471-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| Plaintiff, | |
| v. | |
| 3.    ANN KAMAKARIS, | John Tatum |
| Defendant. | |

**SENTENCING MINUTES**

**2:33 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

The Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report (and addendum).

Counsel for the defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information

*05-cr-00471-REB*
*Sentencing Minutes*
*September 14, 2007*

in mitigation of her punishment and commented on the probation officer's determinations and other matters affecting sentence.

No statement to the Court by the Defendant.
Statement to the Court by the government.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense(s) for which the defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. § 3551.
4. The presentence report ( and addendum / addenda).
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7  The position of the government, the defendant, and the probation department.

The Court enters findings of fact, conclusions of law, judgment of conviction(s), sentence(s), and orders.

**It was ordered as follows:**

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1, and 2 is formally approved.

2. That the Government's Amended Motion For Downward Departure Pursuant To §5K1.1 Of The Sentencing Guidelines (Filed 9/13/07; Doc. No. 142) is GRANTED.

3. That the Government's Oral Motion To Dismiss The Indictment With Prejudice, as to this Defendant only, is GRANTED.

4. That judgment of conviction under Fed.R.Crim.P 32(k) is entered on Count One of the Information.

5. That pursuant to 18 U.S.C. § 3583, the defendant is now placed on supervised  probation for a term of 3 years, as to Count One of the Information.

*05-cr-00471-REB*
*Sentencing Minutes*
*September 14, 2007*

6. That immediately following the conclusion of this sentencing hearing, the defendant shall report in person to Probation Officer Means, to schedule an appointment and time to read, review, discuss, and sign the conditions of supervised probation now required and ordered by this court.

7. That while on supervised probation, the defendant shall comply with all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. §3563(a) and USSG §5B1.3(a).

8. That while on supervised probation, the defendant shall comply with all standard conditions of supervised probation in effect throughout this district as imposed by the court.

9. That while on supervised probation, the defendant shall comply with the following explicit or special conditions of supervised probation:

   • that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where she may be during the term of her supervised probation;

   • that the defendant shall not possess or use illegally any controlled substances;

   • that the defendant shall not possess or use any firearm or any destructive device as defined under federal law at 18 U.S.C. § 921;

   • that the defendant shall cooperate in the collection of a sample of her DNA;

   • that the defendant, as soon as practicable, but as directed by the probation department, and at her own expense, unless indigent, shall undergo an alcohol / substance abuse evaluation, and thereafter, shall receive any treatment, therapy, counseling, testing, or education prescribed by such evaluation, or as directed by the probation department, or as ordered by this court;

   • that the defendant shall abstain from the use of alcohol and other intoxicants during the course of any such treatment, therapy, counseling, testing, or education;

*05-cr-00471-REB*
*Sentencing Minutes*
*September 14, 2007*

- that defendant shall submit to one drug test within fifteen days of today, as directed by the probation department, and thereafter, to a least two periodic tests for the use of controlled substances as directed and determined by the court;

11. That no fine is imposed.

12. That the defendant shall pay forthwith a special victim's fund assessment fee of $25.00.

The Defendant waives formal advisement of appeal.

**2:58 p.m.      Court in recess.**

*Total in court time: 25 minutes  - Hearing concluded*